1

2

3

4

5

6

7

8                     IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    THOMAS A. HIGHTOWER,

12              Plaintiff,                    No. CIV 06-2941 ALA P

13

14         vs.

15    CALIFORNIA SUPREME COURT, et al.,

16              Defendants.                   ORDER

17    _____/

18         Plaintiff, a state prisoner proceeding pro se, has filed a request to proceed in forma

19    pauperis on appeal.

20         Examination of the in forma pauperis affidavit reveals that Plaintiff is unable to afford

21    the costs of suit.  Accordingly, IT IS HEREBY ORDERED that the request for leave to proceed

22    in forma pauperis on appeal is granted.  *See* 28 U.S.C. § 1915(a).

23    /////

24    DATED: September 28, 2007

25

26                                   /s/ Arthur L. Alarcón_____
                                     UNITED STATES CIRCUIT  JUDGE
27                                   Sitting by Designation

28